IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLUSOLA SHODIYA, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : No. 09-cv-2698 |
| LIEUTENANT LACK, Individually and as Officer at Curran-Fromhold Correctional Facility, WARDEN CLYDE GAINEY, C.F.C.F. PRISON, and PRISON HEALTH SERVICES, | : |
| Defendants. | : |

FILED
SEP 3 2009
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 1st day of September, 2009, upon consideration of Defendant's Motion to Dismiss, or alternatively for Summary Judgment (Doc. No. 8), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
J. CURTIS JOYNER, J.